

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of A.W. and J.W., Children

No. 06-13-00135-CV

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 633-12). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed pursuant to Rule 42.3(c) of the Texas Rules of Appellate Procedure. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED MARCH 5, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk